

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-18-00096-CV

**IN RE** Luz **CHAVEZ**, Individually, et al.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                    Karen Angelini, Justice
                    Irene Rios, Justice

The Relator's Motion for Rehearing on Denial of Petition for Writ of Mandamus is hereby DENIED.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CVA-00223-D4, styled *Kansas City Southern Railway Company and Jose Juarez v. Luz Chavez, et al.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.